IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUSS IVY,** | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:20-cv-01475-ILRL-KWR |
| **JADE TRAN; XL REI, LLC; DOES 1-10** | § | (JURY DEMANDED) |
| Defendants. | § | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

TO THE HONORABLE U.S. DISTRICT COURT:

**COMES NOW** Jade Tran and XL REI LLC ("REI") and file their Answer to Plaintiff's First Amended Complaint as follows:

## I.
## Admissions and Denials

1. Denied.

2. Admit as to 1st sentence. Denied as to balance.

3. Denied.

4. Denied

5. Denied.

6. Unable to either admit or deny.

7. Admit.

8. Unable to either admit or deny.

9. Denied.

10. Unable to either admit or deny.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Admit.

17. Admit.

18. Admit except as to location of principal office of XL REI, which is denied.

19. Unable to either admit or deny.

20. Denied.

21. Admit subject to Plaintiff establishing requisite jurisdictional amount to establish subject matter jurisdiction under 28 U.S.C. § 1332.

22. Admit up to time Ivy abandoned property.

23. Denied.

24. Unable to either admit or deny.

25. Unable to either admit or deny.

26. Unable to either admit or deny.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Admit.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.
39. Denied.
40. Denied.
41. Denied.
42. Denied.
43. Denied.
44. Unable to either admit or deny.
45. Denied.
46. Unable to either admit or deny.
47. Unable to either admit or deny.
48. Denied.
49. Denied.
50. Denied.
51. Admit.
52. The referenced lease speaks for itself. Admit that it contained a purchase option, but deny that it was exercised by Ivy.
53. Denied.
54. Unable to either admit or deny.
55. Unable to either admit or deny.
56. Admit as to receipt of notice of eviction via federal express and other means.
57. Unable to either admit or deny.
58. Unable to either admit or deny.
59. Denied.
60. Denied.
61. Denied.
62. Denied.
63. Unable to either admit or deny.
64. Denied.
65. Denied.
66. Unable to either admit or deny.
67. Unable to either admit or deny.

68. Denied.

69. No response is required to this statement.

70. No response is required to this statement.

71. No response is required to this statement.

72. No response is required to this statement.  Defendants aver that such pleading is contrary to the directive given by the district court in its order on Defendants' Motion to Dismiss.

73. No response is required to this statement.  Defendants aver that such pleading is contrary to the directive given by the district court in its order on Defendants' Motion to Dismiss.

74. Defendants incorporate their responses to each of the preceding paragraphs.

75. No response is required to this statement.

76. No response is required to this statement.  Defendants aver that this is not a correct statement of the law.

77. Denied.

78. No response is required to this statement.

79. Denied.

80. Denied.

81. Denied.

82. Denied.

83. Defendants incorporate their responses to each of the preceding paragraphs.

84. No response is required to this statement.

85. Denied.

86. Denied.

87. Defendants incorporate their responses to each of the preceding paragraphs.

88. No response is required to this statement.

89. Denied.

90. Denied.

91. Denied.

92. Denied.

93. Denied.

94. Defendants incorporate their responses to each of the preceding paragraphs.

95. No response is required to this statement.

96. No response is required to this statement.
97. No response is required to this statement.
98. Denied.
99. Denied.
100. Denied.
101. Denied.
102. Denied.
103. Denied.
104. No response is required to this statement.
105. No response is required to this statement.
106. No response is required to this statement.
107. Denied.
108. Denied.
109. Defendants incorporate their responses to each of the preceding paragraphs.
110. No response is required to this statement.
111. Denied.
112. Denied.
113. No response is required to this statement.
114. No response is required to this statement.
115. No response is required to this statement.
116. No response is required to this statement.

## II.
## Affirmative Defenses

117. Plaintiff Ivy breached the lease agreement by failing to pay rent on repeated occasions, and by refusing to leave the property after his tenancy had been terminated.

118. Defendants invoked the legal process in having Plaintiff evicted and removed from the property.

119. Plaintiff Ivy abandoned the property.

120. Any self help used by Defendants was done in response to Ivy's actions and his refusal to lawfully leave the property.

121. Plaintiff Ivy caused Defendants to incur significant expenses prior to abandoning the property including repairs and cleanup of the property and premises.

122. Plaintiff Ivy never invoked his purchase option in accordance with the lease terms.

123. Plaintiff Ivy's lease was terminated due to his ongoing failures to pay rent after receiving numerous lawful notices to pay or have the lease terminated.

124. Defendants deny all of Plaintiff Ivy's causes of action.

125. Defendants deny any claimed damages of Plaintiff Ivy.

126. Defendants aver that any claimed damages of Plaintiff Ivy fail to meet the jurisdictional amount in controversy to establish subject matter jurisdiction of this Court.

127. Defendants aver that Plaintiff Ivy has failed to comply with the district court's directive in its Order denying Defendants' Motion to Dismiss to eliminate duplicative causes of action.

128. Defendants aver that Plaintiff Ivy improperly expanded his fraud claim in his first amended complaint without first seeking leave of court.

129. Defendants deny that Plaintiff Ivy is entitled to any relief against Defendants on his causes of action.

130  Defendants aver that Plaintiff Ivy owes back rent and repair, cleanup and other related expenses to Defendants for which they sue to recover of and from Plaintiff Ivy.

131. Defendants reserve the right to amend or supplement their answer and defenses herein.

## III.
## JURY DEMAND

132. Defendants demand trial by jury on all claims and defenses in this matter.

## IV.
### Conclusion

WHEREFORE, PREMISES CONSIDERED, Defendants pray that Plaintiff Ivy taken nothing on his suit herein, that Defendants recover their damages and judgment against Plaintiff Ivy, including attorneys' fees and expenses, and for such other and further relief to which they may be entitled, at law or in equity.

Respectfully Submitted,



By:_____

Steven E. Clark
La. Bar No. 04157
sclark@dfwlaborlaw.com

CLARK FIRM PLLC
5445 La Sierra Dr. Suite 415
Dallas, Texas 75231

Attorneys for Defendants
Jade Tran and XL REI, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I have served Plaintiff's counsel of record, Hope Phelps, electronically or by another manner as authorized by FRCP 5(b)(2) and LR 5.4, E.D.La.

_____
Steven E. Clark