IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RUSS IVY,** | § | |
| Plaintiff, | § | |
| v. | § | Case No. 2:20-cv-01475-ILRL-KWR |
| **JADE TRAN; XL REI, LLC; DOES 1-10** | § | (JURY DEMANDED) |
| Defendants. | § | |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES**

**TO THE HONORABLE U.S. DISTRICT COURT**:

**COMES NOW** Jade Tran and XL REI LLC, Defendants and submit their Response to Plaintiff's Motion for Attorneys' Fees and Expenses as follows:

**I.
RESPONSE**

1. Plaintiff has made a motion (Doc. 30) to recover attorneys' fees of $1500.50 in this matter based on the ruling of the Magistrate Judge in her order granting Plaintiff's Motion to Compel Discovery (Doc. 27), holding that although Defendants timely filed a motion to stay discovery and for protective order in this case while their Motion to Dismiss was pending for decision, Defendants failure to answer Plaintiff's merits-based discovery served on them was unjustified and an award of attorneys' fees warranted. *Id.*[1]

2. Defendants have filed their Objection to such Order (Doc. 29), which they incorporate by reference herein.

3. While Defendants do not contest the amount of attorneys' fees being sought by Plaintiff's counsel, Defendants object that an award of attorneys' fees is justified, and assert that neither

---

[1] Notwithstanding Defendants disagreement and objection to the ruling on the Motion to Compel, Defendants have answered Plaintiff's merits-based discovery and produced responsive documents to Plaintiffs.

1

their Motion to Dismiss or Motion to Stay and Abate Discovery and for Protective Order was unjustified or that Defendants needlessly sought to delay Plaintiff's merits-based discovery in this matter. Thus, Defendants disagree with the basis that an award of attorneys' fees is justified under the circumstances, and have sought reconsideration of such ruling by the Court.

4.  For these reasons, Defendants submit that no attorneys' fees and expenses should be awarded in favor of Plaintiff and their counsel.

Respectfully Submitted,



By:_____

Steven E. Clark
La. Bar No. 04157
sclark@dfwlaborlaw.com

CLARK FIRM PLLC
5445 La Sierra Dr. Suite 415
Dallas, Texas 75231

Attorneys for Defendants
Jade Tran and XL REI, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2021, I have served Plaintiff's counsel of record, Hope Phelps, electronically or by another manner as authorized by FRCP 5(b)(2) and LR 5.4, E.D.La.



_____
Steven E. Clark