**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RUSS IVY | CIVIL ACTION |
| VERSUS | NO. 20-1475 |
| JADE TRAN ET AL | SECTION: B (4) |

**N O T I C E**

At the request of counsel for the parties,

The telephone scheduling conference previously set for March 18, 2021, is hereby RESET to be held on **Thursday, April 1, 2021, at 9:00 a.m.** All parties are to call into the conference call at 1-888-278-0296, Access Code: 6243426.

/s/ Dena M. White
Case Manager, Section B
(504) 589-7719