IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA


RUSS IVY,

    Plaintiff

V.                      Case No. 2:20-cv-01475-ILRL-KWR

JADE TRAN; XL REI, LLC; DOES 1-10

    Defendants


    SWORN TESTIMONY FOR PERPETUATION
PURPOSES OF RUSS RUEL IVY, given via
videoconferencing in the above-entitled cause,
before Raynel E. Schule, Certified Shorthand
Reporter in and for the State of Louisiana,
commencing at 11:15 o'clock a.m., on Wednesday,
the 13th day of January, 2021.

1  it," because that was another thing the cop
2  said, he ran my name, and my name come back
3  as not being on the COVID list, and I
4  explained to him the same thing that I had
5  a lot of symptoms with the COPD, that
6  doctor told me not to interact and to stay
7  isolated for 14 days because apparently
8  that's the transition time period for this
9  virus.
10 Q. Can you tell us what COPD stands for.
11 A. Chronic obstructive pulmonary disease.
12 Q. Do you also have asthma?
13 A. I have asthma, emphysema, and cancer.
14 Q. Did this put you at greater risk for
15 COVID-19 fatality?
16 A. Absolutely, because COVID-19 can be deadly
17 in itself which everyone knows and seen,
18 but you take a person like me with a -- a
19 lung disorder, that's kind of like -- the
20 doctor gave me an example. That's like a
21 boxer going into a boxing ring with one
22 hand tied behind his back. I'm already at
23 a -- a loss for fighting it.
24 Q. Do you require access to a nebulizer?
25 A. Yes, I do.

```
1    Q.   Would leaving the property potentially
2         trigger an attack and put you at greater
3         risk?
4    A.   Yes, in several different aspects.  You
5         want me to go into the different ways?
6    Q.   Yes, yes.
7    A.   Well, like I said before, COPD, if I leave
8         the home, I'm leaving an environment that I
9         know is sanitized, because only I am in
10        there.  Two --
11   Q.   Russ, Russ, you're -- you're quiet; your
12        sound is hard to hear.
13   A.   I'm sorry.  Did it -- is it still
14        recording?
15   Q.   Yes, we can hear you now.
16   A.   Okay.  Well, yeah, I thought I had
17        everything blocked.  Somehow somebody got
18        through.  What was the last thing I said,
19        Miss Reporter?
20                  (Requested testimony read by
21                      Reporter.)
22                  THE WITNESS:
23                  Okay.  One, my place is
24             sanitized, so I know there's no
25             COVID in there.  I got my nebulizer
```

```
1              because a lot of days, especially if
2              asthma and stuff is kicking in, I
3              can be on that nebulizer for a hour
4              or two sometimes, maybe three.
5              Going outside, I'm not even supposed
6              to be in the air outside; and three,
7              if I go somewhere, a store or
8              anywhere to interact, then there's a
9              90-percent chance that I could die
10             from it.
11    BY MS. PHELPS:
12    Q.  With all of these uninvited people showing
13        up at your door, the locksmith, cleaning
14        lady, multiple police officers, Jade, and
15        Tim, was that putting you at greater risk
16        exposing you to multiple people?
17    A.  Oh -- oh, absolutely, especially Tim and
18        Jade because Texas, they had to cross the
19        Louisiana quarantine line, and I don't know
20        what they're bringing with them on their
21        hands, their clothes.  Same with all these
22        other people.  At least one of them
23        deputies had sense enough, he had a mask on
24        and gloves, because I got a picture of
25        that, because he threw his gloves on the
```

|   |   |   |
|---|---|---|
| 1 |    | ground before he got in his car, and then |
| 2 |    | all these other people that come by that we |
| 3 |    | -- I don't know if we haven't got to that |
| 4 |    | point yet, were -- were the same thing, |
| 5 |    | they could be putting me at risk. |
| 6 | Q. | What other people coming by? |
| 7 | A. | After this event, I started getting unusual |
| 8 |    | -- normally if -- if I'm out sitting on my |
| 9 |    | front porch like under normal circumstance, |
| 10 |   | I sit on the front porch all day, but under |
| 11 |   | COVID, I sat in my bedroom.  It has two |
| 12 |   | double windows.  I can see the street, my |
| 13 |   | driveway.  I love the outdoors, so I'm -- |
| 14 |   | I'm constantly watching outside.  That's |
| 15 |   | just my thing.  I'm sorry, I -- I lost my |
| 16 |   | train of thought, the question -- after |
| 17 |   | that event, I started getting weird cars |
| 18 |   | coming down my street.  They was -- one of |
| 19 |   | them would slow down, brake check, go down |
| 20 |   | the road, turn around, come back, slow down |
| 21 |   | again in front of my house.  One pulled up |
| 22 |   | -- one did that and then came back by and |
| 23 |   | pulled up in the driveway and knocked on |
| 24 |   | the door, and it was a young girl.  I say, |
| 25 |   | "young girl," I don't know, 18 to 23, |

|   |    |   |
|---|----|---|
| 1 |    | didn't know where she lived, then just like |
| 2 |    | you stopped at my house, I gave you the |
| 3 |    | only old person on this road, you would |
| 4 |    | have turned in that driveway to knock on |
| 5 |    | that door.  They didn't, and it just -- it |
| 6 |    | threw up to me red flags, and I had other |
| 7 |    | cars, had one come by around dark, blow the |
| 8 |    | horn, come back by blowing the horn again, |
| 9 |    | and there's nobody past me but one trailer, |
| 10 |   | and that couple leaves at daylight and |
| 11 |   | don't come back to dark because I know |
| 12 |   | where they work, so I was just getting |
| 13 |   | harassed left and right. |
| 14 | Q. | Did you suffer any physical injuries in the |
| 15 |   | attack the day Jade came and banged on your |
| 16 |   | door and broke your windows? |
| 17 | A. | Yes, I like to lost my eyesight.  She -- |
| 18 |   | when she was breaking the glass, I was |
| 19 |   | talking to the 911 dispatcher and standing |
| 20 |   | at the window describing everything going |
| 21 |   | on, hey, Jade has got a stick or they're |
| 22 |   | trying to break out the walls; now, she's |
| 23 |   | fixing to hit the window, and before I |
| 24 |   | could move my brain and my feet, you know, |
| 25 |   | sync together to move, and she really was |

|    |    |                                                      |
|----|----|------------------------------------------------------|
| 1  |    | fixing to swing at the window while she was          |
| 2  |    | screaming, she did, and instant reflex was           |
| 3  |    | to cover my face up and -- that's right, I           |
| 4  |    | got -- I got to talk -- I put my hands over          |
| 5  |    | my eyes and face just like anybody would             |
| 6  |    | when an object is coming at you.  My hands           |
| 7  |    | got all cut up, and I'm thinking oh, God,            |
| 8  |    | I'm so glad it wasn't my eyes.  So I                 |
| 9  |    | wrapped towels around -- paper towels                |
| 10 |    | around my hand; I called the hospital.  You          |
| 11 |    | want me to go into all that?                         |
| 12 | Q. | Yes, yes.                                            |
| 13 | A. | I called the hospital because at the time            |
| 14 |    | I'm still in self quarantine.  I know a lot          |
| 15 |    | of the hospital nurses unfortunately.  One           |
| 16 |    | of them was a -- husband is a school bus             |
| 17 |    | driver.  Anyway, and I explained what                |
| 18 |    | happened briefly and said, "I have cuts on           |
| 19 |    | my hands.  You want me to send any                   |
| 20 |    | pictures.  Dr. Janet," which they know has           |
| 21 |    | got me under self quarantine, and the nurse          |
| 22 |    | said, "We are just slammed.  The waiting             |
| 23 |    | room is slammed.  I know you're COPD.  I             |
| 24 |    | don't want to get you worse and get COVID,           |
| 25 |    | because I know you get -- could get                  |

1       going to carry out their threats.
2   Q.  Their threats to kill you, right?
3   A.  Yes, yes.
4   Q.  What was it like -- go on.
5   A.  Go ahead.
6   Q.  What was it like living there after with
7       the door busted and the windows broken?
8   A.  I no longer felt safe and secure.  Like,
9       most people would go in their home, lock
10      their door, lock their deadbolt, and be,
11      like, you know, safe.  Like, you know, the
12      little wolf blowing the piggy's house down,
13      you know, I'm safe, but after all the
14      damages and the doors pried on, the windows
15      busted out, I no longer felt safe.  I
16      couldn't sleep at night.  I kept the blind
17      -- every time a noise outside, I was
18      looking to see if they were back again.  It
19      was a total nightmare.
20  Q.  Did this affect your health?  Did this
21      affect your health?
22  A.  It did from causing, you know, my asthma
23      and COPD.  It all --
24  Q.  Your -- your volume is down again.
25  A.  I'm sorry, I know there's somebody else

| | | |
|---|---|---|
| 1 | | coming in.  It's going now? |
| 2 | Q. | Yeah, we can hear you now. |
| 3 | A. | Is it -- I'm sorry.  I thought I had |
| 4 | | everything blocked. |
| 5 | Q. | Okay. |
| 6 | A. | Yes, it made my -- my asthma -- asthma and |
| 7 | | COPD can be initiated from stress, from |
| 8 | | anxiety, which means when I do that, my |
| 9 | | lungs are more susceptible to colds and |
| 10 | | anything else.  It's kind of -- it's kind |
| 11 | | of hard medically to explain, but I was |
| 12 | | just emotionally drained. |
| 13 | Q. | Did this have an effect on your sleep? |
| 14 | A. | Oh, absolutely.  I didn't get a good |
| 15 | | night's sleep for weeks and weeks.  I |
| 16 | | literally slept with one eye open thinking, |
| 17 | | like, they were going to keep their |
| 18 | | promises.  The cops done told them don't |
| 19 | | come back, you'll go to jail, and hell, |
| 20 | | they're back the next day.  Then I'm still |
| 21 | | getting these people coming by blowing the |
| 22 | | horns and stopped in front of my house.  A |
| 23 | | few times was late at night when I -- ain't |
| 24 | | nobody ever comes down my road late at |
| 25 | | night, nobody ever, not after, you know, |

1  the Iraqi War. He's got PS -- PDS --
2  whatever, PSTD, post-traumatic stress
3  syndrome, and he gave me a good example of
4  one of his sergeants getting blown up right
5  there in front of him. It goes away as far
6  as, like, the bad, bad nightmares, but it
7  never totally goes away. You just learn to
8  deal with it.
9  Q. Thank you for sharing all that with us, and
10  we're wrapping up this deposition. Is
11  there anything else you would like to say
12  on the record?
13  A. Yes, this is being recorded to be played in
14  court only, I mean, after my demise is what
15  this recording is about because I wouldn't
16  be there to look at the jurors and look at
17  the Judge and explain to them and them see
18  my facial expressions of what these people
19  did to me. XL Rei, Jade, Tim they totally
20  traumatized me. They gave me nightmares.
21  They had me in fear of my life. They tried
22  to kill me, even with 911 on the phone. I
23  want them to see this video and understand
24  what they did to me and what it would be
25  like if they was in my shoes. I'm sorry.