**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| RUSS IVY | * | CIVIL ACTION NO. 2:20-CV-01475 |
| | * | |
| VERSUS | * | DIV. B - JUDGE LEMELLE |
| | * | |
| JADE TRAN and XL REI, LLC | * | MAGISTRATE JUDGE ROBY |
| | * | |

---

**<u>EX PARTE MOTION FOR EXTENSION OF TIME</u>**

NOW COMES the Defendants Jade Tran and XL REI, LLC by and through undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.3, who move this Court to reset the submission date for the Plaintiff's Motion for Partial Summary Judgment (Doc. 53) to January 19, 2022, and extend all associated time delays for responsive pleadings accordingly. In support, Defendants state the following:

1. The submission date for the Plaintiff's motion is December 22, 2021.

2. The time for filing a responsive pleading has not yet expired.

3. This is the Defendants' second ex parte request for an extension. The parties have been negotiating, and are requesting this extension to engage in further settlement negotiations.

4. Counsel for Plaintiff was provided a copy of this motion and the accompanying order on December 13, 2021, by email, and has no objection.

THEREFORE, Defendants respectfully request the Court re-set the submission date for the Plaintiff's Partial Motion for Summary Judgment to January 19, 2022.

This 14th day of December, 2021.

Respectfully Submitted,

CIOLINO & ONSTOTT, LLC

By: s/D. Alex Onstott
_____
D. Alex Onstott (LA36611)
Julia Zuckerman(LA37359)
400 Poydras St., Suite 2145
New Orleans, LA 70130
P: 504-524-0120
alex@colaw.llc
julia@colaw.llc

Attorneys for Defendants
Jade Tran and XL REI, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the

CM/ECF system, which will send notification of such upon all attorneys of record.

Dated: December 14, 2021

s/D. Alex Onstott
_____
D. Alex Onstott (LA36611)