**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| RUSS IVY | * | CIVIL ACTION NO. 2:20-CV-01475 |
| | * | |
| VERSUS | * | DIV. B - JUDGE LEMELLE |
| | * | |
| JADE TRAN and XL REI, LLC | * | MAGISTRATE JUDGE ROBY |
| | * | |

## ORDER

Considering Defendant's Ex Parte Motion for Extension of Time, and it appearing that the Motion is uncontested and should be granted for good cause shown:

It is hereby ORDERED, ADJUDGED AND DECREED that the Defendant's Ex Parte Motion for Extension of Time is GRANTED; and

IT IS FURTHER ORDERED that the submission date for Plaintiff's Motion for Partial Summary Judgment (Doc. 53) shall be re-set to January 19, 2022.

ENTERED this _____ day of _____, 2021.

 

_____
JUDGE