UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RUSS IVY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-1475** |
| **JADE TRAN, ET AL.** | **SECTION "B"(4)** |

### ORDER

Considering defendants Jade Tran and XL REI, LLC's second unopposed motion for extension of time to file their opposition to plaintiff's motion for partial summary judgment (Rec. Doc. 57),

**IT IS ORDERED** that the motion is **GRANTED.** The submission date for plaintiff Russ Ivy's motion for partial summary judgment (Rec. Doc. 53) set for December 22, 2021 is hereby **CONTINUED AND RESET** for **Wednesday, January 19, 2022.**

New Orleans, Louisiana this 15th day of December, 2021

_____
SENIOR UNITED STATES DISTRICT JUDGE