UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| RUSS IVY | * | CIVIL ACTION NO. 2:20-CV-01475 |
|---|---|---|
| | * | |
| VERSUS | * | JUDGE LEMELLE |
| | * | |
| JADE TRAN and XL REI, LLC | * | MAGISTRATE JUDGE ROBY |
| | * | |

**DEFENDANT'S RESPONSE TO**

**PLAINTIFF'S STATEMENT OF UNCONTESTED MATERIAL FACTS**

Pursuant to Local Rule 56.2, Defendants Jade Tran and XL REI, LLC respectfully submit this Response to Plaintiff's Statement of Material Facts (Docket No. 53-2).

Defendants have reviewed Plaintiff's Statement of Material Facts and address each individual statement of material fact below.

1. Defendant disputes Plaintiff's statement that Ms. Tran's presence at the rental property on April 14, 2020 was on behalf of XL REI, LLC. The sworn testimony of XL REI, LLC indicates that Ms. Tran went to the property on behalf of the company, but her actions after being startled by the Plaintiff until she left were not on behalf of the company.[1]

2. Defendant disputes Plaintiff's statement that at the time of the April 14, 2020 incident Ms. Tran was acting on behalf of XL REI, LLC. The sworn testimony of XL REI, LLC indicates that Ms. Tran was not acting on behalf of the company from the time she encountered the Plaintiff until she left the Property.[2]

3. Uncontested.

---

[1] Ex. A, Def.'s Depo. 92:14-23.
[2] Id.

4. It is uncontested that Ms. Tran hit the side of the building with a broom. However, Defendants contest this fact to the extent that it implies that Ms. Tran hit the side of the building with anything other than a broom. The Plaintiff's sworn statement is that he only saw her with a broom or possibly a stick, and Ms. Tran's sworn testimony is that she only recalls picking up a broom.[3] There has been no evidence produced by either side which indicates Ms. Tran picked up any objects other than the broom and the satellite dish.

5. It is uncontested that Ms. Tran broke one window with the satellite dish, and that caused some damage to the outside of the building. However, Defendant contests that Ms. Tran shattered any more than one window. Plaintiff's and Defendants' sworn testimony indicates that Ms. Tran broke a single window.[4]

6. These facts are uncontested, except to the extent that they imply that Ms. Tran picked up any object other than the broom and the satellite, as indicated in Defendant's answer to fact number 4.

7. Defendant contests that Plaintiff was physically injured by Ms. Tran's actions. Plaintiff produced a police report for the incident, which indicates that Plaintiff did not complain of any injury, nor did he request medical assistance; Plaintiff also produced an audio recording of a 911 call where Plaintiff narrated the events as they occurred, wherein Plaintiff does not mention that he has been harmed, or suffered any injury; and Plaintiff was unable to produce any evidence in response to Defendants' discovery requests.[5]

8. Uncontested.

9. Uncontested.

---

[3] Ex. B, Pl.'s Depo.73:13-17; Ex. A, Def.'s Depo. 79:14-17.
[4] Ex. B, Pl.'s Depo. 75:10-25; Ex. A, Def.'s Depo. 84:17-19.
[5] Ex. E, Washington Parish Sheriff's Office Incident Report, Apr. 14, 2020; Ex. G, Audiorecording of Pl.'s 911 Call, Apr. 14, 2020; Ex. D, Pl.'s Resp. to Def.'s Interrog. No. 17-18.

3

Dated: January 11, 2022

                              Respectfully Submitted,

                              By:  s/ D. Alex Onstott
                              D. Alex Onstott (LA36611)
                              Julia Zuckerman(LA37359)
                              alex@colaw.llc
                              julia@colaw.llc

                              CIOLINO & ONSTOTT, LLC
                              400 Poydras St., Suite 2145
                              New Orleans, LA 70130

                              Attorneys for Defendants
                              Jade Tran and XL REI, LLC

## CERTIFICATE OF SERVICE

I hereby certify that today I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such upon all attorneys of record.

Dated: January 11, 2022

                         s/ Alex Onstott

                         D. Alex Onstott