UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUSS IVY | * | CIVIL ACTION NO. 2:20-CV-01475 |
| | * | |
| VERSUS | * | JUDGE LEMELLE |
| | * | |
| JADE TRAN and XL REI, LLC | * | MAGISTRATE JUDGE ROBY |
| | * | |

## ORDER

      This matter is before the Court on Plaintiff's Motion for Summary Judgment. The Court has heard the argument of counsel and has considered the papers, materials submitted in support of and in opposition to the Motion. The Court has determined that, for all of the reasons stated in Defendants' Opposition of Plaintiff's Motion for Summary Judgment, Plaintiff is not entitled to dismissal of the Complaint as a matter of law.

      Therefore, it is hereby ORDERED:

1. Plaintiff's Motion for Summary Judgment is DENIED.

      DONE IN OPEN COURT this _____ day of _____, 2022.

                                                                                                   HONORABLE JUDGE LEMELLE

Presented by:

CIOLINO ONSTOTT  *Attorneys for Defendants*

By: s/ D. Alex Onstott
D. Alex Onstott (LA36611)
Julia Zuckerman(LA37359
alex@colaw.llc
julia@colaw.llc

CIOLINO & ONSTOTT, LLC
400 Poydras St., Suite 2145
New Orleans, LA 70130