IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA


RUSS IVY,

       Plaintiff

V.                          Case No. 2:20-cv-01475-ILRL-KWR

JADE TRAN; XL REI, LLC; DOES 1-10

       Defendants


     SWORN TESTIMONY FOR PERPETUATION

PURPOSES OF RUSS RUEL IVY, given via

videoconferencing in the above-entitled cause,

before Raynel E. Schule, Certified Shorthand

Reporter in and for the State of Louisiana,

commencing at 11:15 o'clock a.m., on Wednesday,

the 13th day of January, 2021.

```
 1         thing I'm telling you, get off Mr. Ivy's
 2         property and don't come back or bother him
 3         until the" mor -- mortar -- that word
 4         again, "moratorium is over with.  He said,
 5         "So Jade, you're lying to me because that's
 6         out of the Judge's mouth to my ear."  That
 7         was Sergeant Hickman.
 8    Q.   Okay.  All right.  Yes or no, did Jade come
 9         back to the property?
10    A.   Yes.
11    Q.   How -- how many days after, the next day?
12    A.   Very next morning.
13    Q.   All right.  All right.  I'm going to play
14         you an audio recording, and this will be
15         attached to the deposition as "Exhibit H."
16         (Recording played.)  Okay.  Can you
17         describe what this is an audio recording
18         of.
19    A.   The 911 call when Jade came back the next
20         day after being told not to come back.
21    Q.   How long is the call?
22    A.   Three minutes and 40 -- let's see here,
23         yeah, three minutes, 42 seconds.
24    Q.   Why did you call the police that morning?
25    A.   Jade and Tim came back.  Even after the
```

|    |    |    |
|----|----|----|
| 1  |    | gun or what and who else may be in the |
| 2  |    | truck.  So I'm securing the front door. |
| 3  |    | How far do you want me to go with this? |
| 4  | Q. | Okay.  Well, first on this 911 call, that's |
| 5  |    | you calling the Sheriff's Office? |
| 6  | A. | Yes, ma'am. |
| 7  | Q. | All right.  I'm going to show you another |
| 8  |    | picture.  Okay.  This will be "Exhibit I." |
| 9  |    | Can you tell me what this picture shows? |
| 10 | A. | Yeah, that's my broom.  That's one of the |
| 11 |    | things she was using to beat on my house |
| 12 |    | with. |
| 13 | Q. | And other than beating on the house, did |
| 14 |    | she do anything else with the broom? |
| 15 | A. | She busted the siding all the way around |
| 16 |    | that trailer.  I don't know if it was just |
| 17 |    | the broom or the stick she had too. |
| 18 | Q. | And when she -- you said she ran at you. |
| 19 |    | When she ran at you, was she holding |
| 20 |    | anything? |
| 21 | A. | Yes, she had a stick in her hand.  I had |
| 22 |    | all kind of lawn, what you call it, you |
| 23 |    | know, like, shovels, rakes, brooms stuff |
| 24 |    | leaned upside the storage unit, and several |
| 25 |    | sticks I guess about the size of an |

|   |    |                                                      |
|---|----|------------------------------------------------------|
| 1 |    | of a sheet I had put up over the broken              |
| 2 |    | window.                                              |
| 3 | Q. | And who broke the window?                            |
| 4 | A. | Jade.                                                |
| 5 | Q. | And you took this picture?                           |
| 6 | A. | I did.  This was after they were gone right          |
| 7 |    | before I started sweeping glass up, and it           |
| 8 |    | goes the whole length of that hall.  It's            |
| 9 |    | all over.                                            |
| 10| Q. | How many windows did Jade break?                     |
| 11| A. | The back one, she didn't knock it all the            |
| 12|    | way out.  She shattered, like, cracked it            |
| 13|    | all the way through.  There was a small              |
| 14|    | crack in -- the back door has a                      |
| 15|    | diamond-shaped glass that's -- if it was             |
| 16|    | round, it would be the size of a pie dish,           |
| 17|    | but it's triangle shaped, and she cracked            |
| 18|    | that one from beating on the door so bad, I          |
| 19|    | guess the vibrations.  I don't think she             |
| 20|    | actually hit the glass part of it.  She was          |
| 21|    | trying to tear the door down, the back               |
| 22|    | door.                                                |
| 23| Q. | All right.                                           |
| 24| A. | And then the -- this front window, when she          |
| 25|    | was threatening to kill me.                          |

```
1            ground before he got in his car, and then
2            all these other people that come by that we
3            -- I don't know if we haven't got to that
4            point yet, were -- were the same thing,
5            they could be putting me at risk.
6     Q.     What other people coming by?
7     A.     After this event, I started getting unusual
8            -- normally if -- if I'm out sitting on my
9            front porch like under normal circumstance,
10           I sit on the front porch all day, but under
11           COVID, I sat in my bedroom.  It has two
12           double windows.  I can see the street, my
13           driveway.  I love the outdoors, so I'm --
14           I'm constantly watching outside.  That's
15           just my thing.  I'm sorry, I -- I lost my
16           train of thought, the question -- after
17           that event, I started getting weird cars
18           coming down my street.  They was -- one of
19           them would slow down, brake check, go down
20           the road, turn around, come back, slow down
21           again in front of my house.  One pulled up
22           -- one did that and then came back by and
23           pulled up in the driveway and knocked on
24           the door, and it was a young girl.  I say,
25           "young girl," I don't know, 18 to 23,
```

|     |    |                                                      |
|-----|----|------------------------------------------------------|
| 1   |    | didn't know where she lived, then just like          |
| 2   |    | you stopped at my house, I gave you the              |
| 3   |    | only old person on this road, you would              |
| 4   |    | have turned in that driveway to knock on             |
| 5   |    | that door.  They didn't, and it just -- it           |
| 6   |    | threw up to me red flags, and I had other            |
| 7   |    | cars, had one come by around dark, blow the          |
| 8   |    | horn, come back by blowing the horn again,           |
| 9   |    | and there's nobody past me but one trailer,          |
| 10  |    | and that couple leaves at daylight and               |
| 11  |    | don't come back to dark because I know               |
| 12  |    | where they work, so I was just getting               |
| 13  |    | harassed left and right.                             |
| 14  | Q. | Did you suffer any physical injuries in the          |
| 15  |    | attack the day Jade came and banged on your          |
| 16  |    | door and broke your windows?                         |
| 17  | A. | Yes, I like to lost my eyesight.  She --             |
| 18  |    | when she was breaking the glass, I was               |
| 19  |    | talking to the 911 dispatcher and standing           |
| 20  |    | at the window describing everything going            |
| 21  |    | on, hey, Jade has got a stick or they're             |
| 22  |    | trying to break out the walls; now, she's            |
| 23  |    | fixing to hit the window, and before I               |
| 24  |    | could move my brain and my feet, you know,           |
| 25  |    | sync together to move, and she really was            |

|   |    |                                                        |
|---|----|--------------------------------------------------------|
| 1 |    | fixing to swing at the window while she was            |
| 2 |    | screaming, she did, and instant reflex was             |
| 3 |    | to cover my face up and -- that's right, I             |
| 4 |    | got -- I got to talk -- I put my hands over            |
| 5 |    | my eyes and face just like anybody would               |
| 6 |    | when an object is coming at you.  My hands             |
| 7 |    | got all cut up, and I'm thinking oh, God,              |
| 8 |    | I'm so glad it wasn't my eyes.  So I                   |
| 9 |    | wrapped towels around -- paper towels                  |
| 10|    | around my hand; I called the hospital.  You            |
| 11|    | want me to go into all that?                           |
| 12| Q. | Yes, yes.                                              |
| 13| A. | I called the hospital because at the time              |
| 14|    | I'm still in self quarantine.  I know a lot            |
| 15|    | of the hospital nurses unfortunately.  One             |
| 16|    | of them was a -- husband is a school bus               |
| 17|    | driver.  Anyway, and I explained what                  |
| 18|    | happened briefly and said, "I have cuts on             |
| 19|    | my hands.  You want me to send any                     |
| 20|    | pictures.  Dr. Janet," which they know has             |
| 21|    | got me under self quarantine, and the nurse            |
| 22|    | said, "We are just slammed.  The waiting               |
| 23|    | room is slammed.  I know you're COPD.  I               |
| 24|    | don't want to get you worse and get COVID,             |
| 25|    | because I know you get -- could get                    |

```
 1            something real easy.  If the -- if the
 2            bleeding is -- if you need to be sewed up,
 3            by all means, come to the emergency room.
 4            I mean, we're not going to deny you, of
 5            course, but, you know, if it can be" -- "if
 6            it's not life threatening, don't come," and
 7            I'm an old country boy, so I went and got
 8            some Super Glue and pulled it together,
 9            dropped some Super Glue across the top of
10            my skin, and it quit bleeding, and so I
11            didn't actually go to the hospital.  I'm --
12            I'm trying to think of her name, the nurse
13            I talked to.  I got it wrote down.
14       Q.   That's okay.  Did you have any other
15            physical injuries?
16       A.   Physical, just the -- the -- all the cuts.
17            The rest I guess would be considered more
18            emotional.
19       Q.   I'm about to ask you about that.  So how
20            did you feel emotionally?
21       A.   I've been through a divorce before.  I've
22            never been as stressed -- I used to be an
23            investigator.  I mean, people didn't
24            intimidate me.  This woman and her
25            sidekick, Tim, and the -- whoever else
```

```
1           going to carry out their threats.
2      Q.   Their threats to kill you, right?
3      A.   Yes, yes.
4      Q.   What was it like -- go on.
5      A.   Go ahead.
6      Q.   What was it like living there after with
7           the door busted and the windows broken?
8      A.   I no longer felt safe and secure.  Like,
9           most people would go in their home, lock
10          their door, lock their deadbolt, and be,
11          like, you know, safe.  Like, you know, the
12          little wolf blowing the piggy's house down,
13          you know, I'm safe, but after all the
14          damages and the doors pried on, the windows
15          busted out, I no longer felt safe.  I
16          couldn't sleep at night.  I kept the blind
17          -- every time a noise outside, I was
18          looking to see if they were back again.  It
19          was a total nightmare.
20     Q.   Did this affect your health?  Did this
21          affect your health?
22     A.   It did from causing, you know, my asthma
23          and COPD.  It all --
24     Q.   Your -- your volume is down again.
25     A.   I'm sorry, I know there's somebody else
```

1     you?
2  A.  Yes, I still wake up -- when I say, "wake
3     up," I'm the type, usually have a dream,
4     and I think about my dream the next day.
5     There has been multiple times, multiple
6     times, and I told my doctor about it, that
7     I just wake up almost in a cold sweat
8     looking around, thinking somebody is in my
9     house and take me, I don't know, couple of
10    times, it took me, like, a hour, and I end
11    up having to go back in there and take them
12    Gabapentin again, but I was worried about
13    it, because it's, like, 3:00 o'clock in the
14    morning.  I'm, like, if I take these now,
15    then I'm not going to be up, you know, at
16    8:00 o'clock in the morning, but I was
17    trembling (indicating).  I'm showing my
18    hand trembling, you know, where I had to
19    take it order to go back -- to get this
20    damn nightmare, and still to this day, and
21    that has been six or eight months ago, I
22    still occasionally have nightmares and
23    still think about that crap.
24 Q.  Do you still live in fear that Jade or Tim
25    might find you?

1  A.   Absolutely.  Absolutely.  I -- I know I
2       feel a little safer that they don't know --
3       I'm not in that house, you know, one that
4       they could come in for sure and get me.  I
5       feel a little safer that I'm in an
6       undisclosed location, but I still look --
7       like, when I see a black vehicle, I still
8       look, see is that Texas plates, you know,
9       yeah, I still think when I'm out in public,
10      I don't know if it's an impulse, but when I
11      see a black SUV, I'm looking at the damn
12      tag.
13 Q.   Have you noticed any changes in yourself
14      since this incident with Jade?
15 A.   I -- I don't know what that was.  Something
16      just --
17 Q.   That's my computer screen.
18 A.   Oh, okay.  What is my emotion right now?
19      Is that what you're asking?
20 Q.   What changes have you noticed in yourself?
21 A.   One, I guess you would call it paranoid,
22      because like I said, I go anywhere, even to
23      the grocery store, I'm watching vehicles to
24      see if it's someone from Texas or someone
25      from them couple weeks.  I can't get the

```
 1                  is everything okay?  And we want a
 2               copy of the transcript and all.
 3                     (Whereupon, the taking of the
 4               witness' testimony was concluded.)
 5
 6                  C E R T I F I C A T E
 7               THIS CERTIFICATION IS VALID ONLY FOR
    A TRANSCRIPT ACCOMPANIED BY MY ORIGINAL
 8  SIGNATURE AND ORIGINAL REQUIRED SEAL ON THIS
    PAGE.
 9
                 I, RAYNEL E. SCHULE, Certified Court
10  Reporter, #77005, in good standing, in and for
    the State of Louisiana, as the officer before
11  whom this testimony was taken, do hereby certify
    that RUSS RUEL IVY, after having been duly sworn
12  by me upon authority of R.S. 37:2554, did
    testify as hereinbefore set forth in the
13  foregoing 104 pages; that this testimony was
    reported by me in stenotype reporting method,
14  was prepared and transcribed by me or under my
    personal direction and supervision, and is a
15  true and correct transcript to the best of my
    ability and understanding; that the transcript
16  has been prepared in compliance with transcript
    format guidelines required by statute or by
17  rules of the Board, that I have acted in
    compliance with the prohibition on contractual
18  relationships, as defined by Louisiana Code of
    Civil Procedure Article 1434 and in rules and
19  advisory opinions of the Board; that I am not of
    counsel, not related to counsel or to the
20  parties herein, nor am I otherwise interested in
    the outcome of this matter.
21
22
23  _____   _____
    Date                  Raynel E. Schule, CSR
24                        Certified Shorthand Reporter
                          State of Louisiana
25
```

SOUTHERN COURT REPORTERS, INC.
(504)488-1112