## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

RUSS IVY,                 )
                       )
            Plaintiff,       )
                       )
            v.            )      Case No. 2:20-cv-01475-ILRL-KWR
                       )
JADE TRAN; XL REI, LLC; DOES 1-10  )
                       )
         Defendants.    )

## DEFENDANT TRAN'S OBJECTIONS AND ANSWERS TO
## PLAINTIFF'S FIRST SET OF INTERROGATORIES

COMES NOW, Jade Tran, Defendant, and submits her Objections and Answers to Plaintiff Ivy's First Set of Interrogatories as follows:

### OBJECTION TO NUMBER OF INTERROGATORIES

Pursuant to FRCP 33(a)(1) and Local Rule 33.1, E.D.La., the number of permitted interrogatories including discrete subparts is 25. For interrogatories exceeding the allowed 25, the discovering party is required to seek leave and the reason(s) for their use. *Id.*

Plaintiff Ivy's 1st set of interrogatories, including discrete subparts, exceed the allotted 25 interrogatories allowed under FRCP 33(a)(1) and Local Rule 33.1, E.D.La. Any interrogatory beyond interrogatory 16 is objected to as violating such rules and will not be answered by Defendant Tran.

### ANSWERS TO INTERROGATORIES

### INTERROGATORY NO. 1

**ANSWER:**

Plaintiff objects to providing her personal information, including her social security number ("SSN") as being invasive of her privacy rights. Subject to such objection, Plaintiff will

**ANSWER:**

Defendant objects to providing her personal information, including her cell phone number as being invasive of her privacy rights.  Subject to such objection, Defendant will provide her personal information subject to Plaintiff and Plaintiff counsel's obligation to keep such information private and used only for purposes of this matter.

214-267-8412, 214-680-0982, AT&T

**INTERROGATORY NO. 7**

Identify all properties in Louisiana you have worked on as an employee or representative of XL REI, LLC.

**ANSWER:**

Defendant objects to this interrogatory as being overly broad in scope and breadth and seeking confidential business information.  Subject to such objections, Defendant provides the list of properties on the attached exhibit A.

**INTERROGATORY NO. 8**

Identify all instances in which you contacted law enforcement with regard to Russ Ivy, including a summary of why you contacted law enforcement, what was discussed, and the results of that request for service.

**ANSWER**: April 7, 2020:  Called police about an identified person occupying property presumed to be abandoned.  Results:  Police arrived onsite and confirmed it was Russ Ivy occupying the property.  Additionally, police informed me they previously arrested Russ Ivy for child abuse and/or indecent behavior with a juvenile.  Unknown date:  Called JP to discuss eviction process.  Results:  JP said she would send someone to evict Russ Ivy as soon as she is able to.  She informed

me Russ Ivy is a chronic problem in the community and her court.  She stated he destroyed last property he was evicted from.

**INTERROGATORY NO. 9**

Identify all times between March 1, 2020, and June 1, 2020, in which you were physically present at 56341 Dock Marinoff Road in Bogalusa, Louisiana.

**ANSWER:**

April 14, 2020.

**INTERROGATORY NO. 10**

Identify all dates in which you contend Russ Ivy was provided notice of your intent to evict him and the method of service used.

**ANSWER:**

March 11, 2020 (text), March 16, 2020 (text), March 25, 2020 (USPS), April 9, 2020 (FedEx)

**INTERROGATORY NO. 11**

Identify any policies or procedures used in your position with XL REI, LLC, related to tenant eviction.

**ANSWER:**

Not applicable.

**INTERROGATORY NO. 13**

Describe why you believe that Russ Ivy was required to vacate the Property in April, 2020.

**ANSWER:**

After 3 months of nonpayment of rent and repeated attempts to reach tenant, there was no communication from tenant after March 16, 2020.  There was no response to final text message

sent to tenant on April 1, 2020 stating: "Since I've not heard from you and you have not paid rent, I'm assuming you've abandoned the property. I will proceed to legal action to seize and repossess the property." Consequently, I believed that the property had been abandoned by Plaintiff Ivy.

**INTERROGATORY NO. 14**

Identify the man who came to the property on April 5th or 6th, 2020, to change locks, as described in paragraph 26 of the Complaint.

**ANSWER:**

Charles. AB Dependable Locksmith was contacted when property was believed to be abandoned.

**INTERROGATORY NO. 15**

Please list all locations you were at on April 14, 2020, including business name or property address, prior to heading to the 56341 Dock Marinoff Road Property.

**ANSWER:**

Home Depot, 40 Park Place Dr, Covington, LA 70433, Hilton Garden Inn, 350 Holiday Square Blvd, Covington, LA 70433

**INTERROGATORY NO. 16**

Describe what happened when you arrived at the 56341 Dock Marinoff Road Property on April 14, 2020.

**ANSWER:**

I came to the property to clean and fumigate it in preparation for the next tenant. It was my first time personally visiting the property, so when a man surprised me, I reacted by grabbing a broomstick in defense. I did not know he was Russ Ivy at the time because I had never met him before. After concluding the man was Russ Ivy, I was overcome by emotion because I had learned in earlier phone conversation from the JP that he destroyed the last property he was in and is a

repeat offender.  I also learned from a police officer in a separate phone conversation that Russ Ivy

is a child abuser and had been booked on indecent behavior with a juvenile.  These impressions

made me fear for my safety around the man I just learned is Russ Ivy.  That is why the altercation

occurred.

**INTERROGATORY NO. 17**

Please describe your understanding or the extent of your awareness of Louisiana Governor

John Bel Edwards' stay-at-home order in April 2020.

**ANSWER:**

Defendant Tran objects to this interrogatory as exceeding the allotted 25 interrogatories,

including discrete subparts.  Subject to such objection and counting such answer towards any 2d

set of interrogatories, Defendant Tran answers:

On April 7, Russ Ivy sent me a screenshot alluding to the Governor's order.  There were

no details.  I was not fully aware of the details in the Governor's order

**INTERROGATORY NO. 18**

Please explain why you refused to comply with Governor John Bel Edwards' stay-at-home

order, Proclamation Number 33 JBE 2020, in April 2020.

**ANSWER:**

Defendant Tran objects to this interrogatory as exceeding the allotted 25 interrogatories,

including discrete subparts.  Subject to such objection and counting such answer towards any 2d

set of interrogatories, Defendant Tran answers:

I came to Louisiana because I was told by the police to come and take care of the situation

myself. At the time I was not fully aware of the Governor's order.  Once I became fully aware of