**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RUSS IVY, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>JADE TRAN; XL REI, LLC; DOES 1-10 )<br>)<br>      Defendants. ) | Case No. 2:20-cv-01475-ILRL-KWR |

**PLAINTIFF'S ANSWERS AND RESPONSES TO DEFENDANTS' FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Plaintiff Russ Ivy, through undersigned counsel, objects and responds to the First Set of Interrogatories and Requests for Production propounded by Defendants. Plaintiff responds on the basis of the best information presently available. Subsequent investigation and review of documents may reveal additional information relevant to this discovery and lead to a supplemental response. If information is later obtained which modifies any response herein, such information will be conveyed to Defendants.

Plaintiff's responses are made without in any way waiving the right to object on the grounds of competency, relevancy, materiality, hearsay, or any other proper grounds or the use of such information for any purpose, in whole or in part, in any subsequent proceeding in this action or any other action, or the right to object on any and all grounds at any time, to any other discovery procedure related to the subject matter of this discovery.

**GENERAL OBJECTIONS**

1.     Plaintiff objects to these discovery requests to the extent that they impose upon them any obligation not set forth in the Federal Rules of Civil Procedure.

Interrogatory No. 15:

Please state all facts, documents, and communications supporting your allegation that Defendants waged a "campaign of harassment against Mr. Ivy" as you assert in ¶60 of your Petition. To wit, please describe, at least, each event of harassment that you allege was part of this campaign, including:

1) The date and time of the harassment;
2) The persons involved in the harassment;
3) A description of the harassing event, including which persons took which harassing actions; and
4) identify any other facts, documents or communications supporting your answer.

**ANSWER TO INTERROGATORY NO. 15:**

*See* 2021.01.13 Russ Ivy Depo Transcript; Exhibits to the deposition of Russ Ivy, 911 Call.amr; and folder "Photos and Videos taken by Plaintiff"; Deposition of XL REI, LLC.

Interrogatory No. 16:

Other than instances which were stated in your answer to Interrogatory No. 14, identify all instances after April 14, 2020 in which Defendants drove slowly past the property as alleged in

¶91 of your Petition, including the date of the instance; a description of what happened; whether or not you witnessed the instance personally; and any facts documents, or communications supporting your answer.

**ANSWER TO INTERROGATORY NO. 16:**

*See* 2021.01.13 Russ Ivy Depo Transcript, pp. 86:6-88:13.

**Interrogatory No. 17:**

Please describe any and all injuries, whether physical or emotional, that you sustained as a result of the events described in your Petition. For each injury please state, a description of the symptoms or effects of the injury; when the symptoms or effects of the injury began; and the current state of the injury.

**ANSWER TO INTERROGATORY NO. 17:**

*See* 2021.01.13 Russ Ivy Depo Transcript, pp. 88:14-100:1; *see also*,

20200414_153808.jpg (photograph of Plaintiff bleeding).

10

Interrogatory No.18:

For each injury described in Interrogatory No. 17, please describe any and all medical diagnoses you received, including:

1) The professional who made the diagnosis;
2) The date of the diagnosis;
3) What the diagnosis was;
4) The total cost of the diagnosis to you; and
5) Any and all documents or communications evidencing such diagnosis.

**ANSWER TO INTERROGATORY NO. 18:**

  Plaintiff receives treatment for his emotional distress, anxiety, and paranoia through his primary care physician, Dr. Farhan Siddiqui of North Oaks Primary Care in Hammond, Louisiana. He is also prescribed THC through Dr. Julie Johnson of the Louisiana Medical Marijuana Doctors, LLC. Plaintiff is not in possession of these medical records.

Interrogatory No. 19:

For each injury described in Interrogatory No. 17, please describe any and all medical treatment you have received, including:

1) The date of treatment;
2) The provider of the treatment;
3) The location where your received the treatment;
4) A description of the treatment you received;
5) The cost of the treatment to you; and
6) Any and all documents or communications evidencing the treatment.

**ANSWER TO INTERROGATORY NO. 19:**

  *See* Answer to Interrogatory No. 18.

Interrogatory No. 20:

Other than those identified in your response to the previous Interrogatory No. 17, please list eachinstance of actual cost you incurred, or expect to incur, as a result of the events alleged in your Petition. For each, please include the amount of the cost; a description of what the cost was for;and any documents, evidence or communications supporting your answer.