
**Dispatch Agency:** WASHINGTON PARISH SHERIFF   **Call Number:** 2020040407

Agency Involved: WASHINGTON PARISH SHERIFF   Agency Call Number: 2020040407

| | Date | Time | Location Address Information |
|---|---|---|---|
| Received | 4/14/20 | 15:05:53 | 56341 DOCK MARINOFF RD |
| Dispatched | 4/14/20 | 17:24:19 | BOGALUSA |
| Enroute | 4/14/20 | 15:12:57 | |
| Arrived | 4/14/20 | 15:09:53 | Call Reported From: Telephone: (985) 000-0000 |
| Under Control | | | 56341 DOCK MARINOFF RD |
| Completed | 4/14/20 | 18:05:45 | RUSS |
| | | | Third Party: |

| | | |
|---|---|---|
| **Signal** | 56 | CRIMINAL DAMAGE PROP |
| **Reference Signal** | 56 | CRIMINAL DAMAGE PROP |
| **Actual Signal** | 56 | CRIMINAL DAMAGE PROP |

| Extra Phone 1: | | Extra Phone 2: | |
|---|---|---|---|
| Citations Issued | Weapon How Received: | License No: | Created: New |

DISPOSITIONS/NOTIFIEDS

DISPOSITION: WPSO NAT        NOTIFIED: NONE SELECTED

**Notes:**
29220 04/14/2020 15:09:08: IN REF TO A F/M IS OUTSIDE HIS RES BEATING ON HIS WINDOWS HE DO NOT KNOW WHO SHE IS
29220 04/14/2020 15:46:20: WP 36 ADV IT WAS THE OWNER OF THE HOUSE WHO WAS BURSTING THE WINDOWS
29220 04/14/2020 15:53:07: WP 36 ADV PATROL REQUEST FOR THIS ADDRESS
29220 04/14/2020 17:24:03: WP 9 BACK E/R TO ABOVE ADDRESS SO THE TWO PARTIES CAN TALK

**Parties Involved:**

| Name: | Eqp. No.: | ID Number | Party | Dispatched | Enroute | Arrived | Completed |
|---|---|---|---|---|---|---|---|
| DAVIS, TONNIA | WP49 | 29220 | R | | | | |
| DAVIS, TONNIA | WP49 | 29220 | D | | | | |
| HICKMAN, CHRIS | WP09 | 70489 | A | 15:09:37 | | 15:09:53 | 15:45:36 |
| NESMITH, MITCHELL | WP36 | 2013030162 | B | 15:10:09 | 15:12:57 | 15:10:15 | 15:45:33 |