Created by vknight - 12/16/2021 02:39:20 PM CST

Service Orders : RUSS R IVY, Cust#: 9912177146    Provider Level  Set Aside  Re...[0]

| SO WIN | Open Dt | Needed | Name | To Name | SO Type | Close Date | Serv Addr | Contact Name | Work Order | SO Process |
|---|---|---|---|---|---|---|---|---|---|---|
| 15675734 | 12/28/2019 | 01/17/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 01/02/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | ..Change of S |
| 15676526 | 01/02/2020 | 01/22/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 01/16/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | ..Change of S |
| 15682347 | 01/31/2020 | 02/20/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 02/14/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | Change of S |
| 15685385 | 02/14/2020 | 03/05/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 03/13/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | ..Change of S |
| 15696980 | 06/11/2020 | 06/11/2020 | RUSS R IVY | JADE TRAN | RECN-WF - Reconnect - New Customer - WF | 06/15/2020 | 56341 DOCK MARINOFF RD | JADE TRAN | | ..Change of S |

| Account | Rdg Route | Rdg Seq | Name | Serv Addr | SO Function | Serv Loc # | Service | Current Service Status | Owner Cust # | Default Serv Desc | To Accou |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 311311108 | 710 | 420 | RUSS R IVY | 56341 DOCK MARINOFF RD | Disconnect Service | 3113111 | ELEC | 41 - Inactive non Servi... | 0 | SER 71728-79939 | |

• Disconnect        Initiate        Functions Available

Disconnect | Equipment | General | Open Field(s) | Workflow | Activity | Comments | Close

**General Comments**

021420 Disconnect"Booted "$301.57+ reconnection fees M84418653 R23408 S0070261--02/14/20-BM
COLLECT $ 300.00 MINIMUM ON 2-13-20 BH
BH talked to Mr Russ at 3.50  Told him I had to have $ 300.00 on 2-13 to pay som eof bill...He said church member was going to give him $$ tonite...I also told him he needed to call Quad about the $ 450.00 that was not going to be paid..I gave him no explanation on QUAD

COLLECT $751.57 DUE 11/13,12/11 AND 1/10  MIN OF $300 MUST BE PAID BH CALL AT 3:15 AND LEFT MESSAGE **MBR HAD QUAD BUT WILL NOT RECEIVE**
MS ANNIE SAID THIS MBR NEEDS TO REAPPLY ..HIS PAYMENT WENT TO ENTERGY AND WAS RETURNED HE IS NOT GETTING THIS QUAD ...MUST REAPPLY HE STILL QAULIFIES

**Service Comments - Electric Service**

**Task Remarks**

| Remarks | Task |
|---|---|
| Release Disconnect | MW-DNPFLW |
| Disconnect Hold "Booted "$301.57+ reconnection fees M84418653 R23408 S0070261--02/... | MW-DNP |

**Task Remarks**

Disconnect Hold "Booted "$301.57+ reconnection fees M84418653 R23408 S0070261--02/14/20-BM

Save | Reset | Add | Related ▼        Messages | Print | Start Workflow | Quit Screenflow | Show Workflow

Created by vknight - 12/16/2021 02:41:14 PM CST

Provider Level: Set Aside  Retrieve (0)

**Service Orders : RUSS R IVY, Cust#: 9912177146**

| SO WIN | Open Dt | Needed | Name | To Name | SO Type | Close Date | Serv Addr | Contact Name | Work Order | SO Process |
|---|---|---|---|---|---|---|---|---|---|---|
| 15675734 | 12/28/2019 | 01/17/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 01/02/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | Change of S |
| 15675526 | 01/02/2020 | 01/22/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 01/16/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | Change of S |
| 15682347 | 01/31/2020 | 02/20/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 02/14/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | Change of S |
| 15685385 | 02/14/2020 | 03/05/2020 | RUSS R IVY | | CUTOFF - Cutoff SO's | 03/13/2020 | 56341 DOCK MARINOFF RD | RUSS R IVY | | Change of S |
| 15696980 | 06/11/2020 | 06/11/2020 | RUSS R IVY | JADE TRAN | RECN-WF - Reconnect - New Customer - WF | 06/16/2020 | 56341 DOCK MARINOFF RD | JADE TRAN | | Change of S |

| Account | Rdg Route | Rdg Seq | Name | Serv Addr | SO Function | Serv Loc # | Service | Current Service Status | Owner Cust # | Default Serv Desc | To Accou |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 311311108 | 710 | 420 | RUSS R IVY | 56341 DOCK MARINOFF RD | Disconnect Service | 3113111 | ELEC | 41 - Inactive non Servi... | 0 | SER 71728-79939 | |

Disconnect   Initiate                                                                                          Functions Available

Disconnect | Equipment | General | Open Field(s) | Workflow | Activity | Comments | Close

**General Comments**

6-10-20 Shonte James /Caretaker called about putting this in owners name, Jade Tran, She states they just got Mr Ivy out of the property...
FINALIZED WITH CYC 2 BILLS ON 031320...TRL
Ms. Annie said he will not be able to fill another application for appr. 2 months.
021420 DO NOT CLOSE UNTIL WE GET QUAD MONEY $ 550.00
3-10-20 Quad $$ was sent to Entergy--ms annie to find out when WST can expect
Disconnect"Booted "$301.57+ reconnection fees M84418653 R23408 S0070261--02/14/20-BM
2-14-20  we got pledge for $ 550.00 but must stay off until her has $ 300.00 to be reconnected--bh
COLLECT $ 300.00 MINIMUM ON 2-13-20 BH
BH talked to Mr Russ at 3.50  Told him I had to have $ 300.00 on 2-13 to pay som eof bill...He said church member was going to give him $$ tonite...I also told him he needed to call Quad about the $ 450.00 that waas not going to be paid..I gave him no explanation on QUAD

**Service Comments - Electric Service**

**Task Remarks**

Remarks *                                                                          Task

**Task Remarks**

Save  Reset  Add  Related ▼                                                           Messages  Print  Start Workflow  Quit Screenflow  Show Workflow



**WASHINGTON-ST. TAMMANY**
Electric Cooperative
PO Box 697
Franklinton LA 70438-0792



### KWH USAGE HISTORY

| | |
|---|---|
| Current Month's Average KWH Per Day | 92 |
| Average Cost Per Day | 8.21 |

```
4056  1 AV 0.389            5  4056
RUSS R IVY                      C-11
56341 DOCK MARINOFF RD
BOGALUSA LA 70427-1111
```

OFFICE HOURS 7:30 AM TO 4:00 PM Monday to Friday.
24 Hour Night Drop is available for your convenience. Allow 3 - 5 days for delivery if paying by mail.
To Report Outages: Call 1-866-672-9773.
Pay By Web At WWW.WSTE.COOP
Pay By Phone Call 1-866-729-9783

WST Electric is an equal opportunity provider and employer.

POWER COST ADJUSTMENT .0369500

| Account No. | Service Location | Account Description | Service From | To | Days |
|---|---|---|---|---|---|
| 0311311108 | 56341 DOCK MARINOFF R | | 01/19/2020 | 02/14/2020 | 26 |

| Meter Number | Pres Read | Prev Read | Mult | KWH Used | Cycle | Rate | Rev Class | Bill Type |
|---|---|---|---|---|---|---|---|---|
| 84418653 | 23408 | 21004 | 1.00 | 2404 | 3 | 5 | 1 | REGULAR |

| Activity Since Last Bill | $ Amount | Current Bill Information | $ Amount |
|---|---|---|---|
| Previous Balance | 1,028.58 | BALANCE PRIOR TO THIS BILLING | 1,067.43 |
| Payment | 0.00 | CURRENT ELECTRICITY CHARGES | 213.45 |
| Other Adjustments | 38.85 | | |
| Balance Prior to this Billing | 1,067.43 | | |

\*\*\*\*\*\* **DISCONNECT NOTICE** \*\*\*\*\*\*

To avoid disconnection of service, the past due amount of $1,067.43 must be paid immediately.

| Billing Date | 02/21/2020 | Net Due | 1,280.88 |
|---|---|---|---|
| Current Charges Due Date | 03/14/2020 | Penalty | 10.67 |
| Gross amount, includes prior balance of $1,067.43 | | | 1,291.55 |

Retain this copy for your records.

### Return This Portion With Your Payment

**ACCOUNT NAME: RUSS R IVY**

PAY WITH ELECTRONIC CHECK BY PHONE AT NO ADDITIONAL FEE
CALL 1-866-729-9783 OR VISIT OUR WEBSITE AT WWW.WSTE.COOP

**District Offices:**
Franklinton: 985-839-3562     Slidell: 985-643-6612
Folsom: 985-796-3679          Abita: 985-892-8804

**ACCOUNT NUMBER: 0311311108**

| | |
|---|---|
| PRIOR BALANCE DUE IMMEDIATELY | 1,067.43 |
| CURRENT CHARGES DUE BY 03/14/2020 | 213.45 |
| CURRENT CHARGES PLUS PRIOR BALANCE | 1,280.88 |
| PENALTY IF CURRENT NOT PAID BY 03/14/2020 | 10.67 |
| TOTAL AMOUNT DUE: | 1,291.55 |

*Please indicate change of address here:*

| Address / Box number | | |
|---|---|---|
| City | State | Zip |
| Phone Number | Other Phone | |

Washington-St. Tammany
Electric Cooperative
PO Box 697                3
Franklinton LA 70438-0697



2001003113111080001280880001291550221200203

**WASHINGTON-ST. TAMMANY**
Electric Cooperative
PO Box 697
Franklinton LA 70438-0792



**KWH USAGE HISTORY**

4601  1 AV 0.389                5 4601
RUSS R IVY                       C-12
56341 DOCK MARINOFF RD
BOGALUSA LA 70427-1111

OFFICE HOURS  7:30 AM TO 4:00 PM Monday to Friday.
24 Hour Night Drop is available for your convenience. Allow 3 - 5 days for delivery if paying by mail.
To Report Outages: Call 1-866-672-9773.
Pay By Web At WWW.WSTE.COOP
Pay By Phone Call 1-866-729-9783

WST Electric is an equal opportunity provider and employer.

POWER COST ADJUSTMENT .0335700

| Account No. | Service Location | Account Description | Service From | To | Days |
|---|---|---|---|---|---|
| 0311311108 | 56341 DOCK MARINOFF R | | 02/14/2020 | 02/14/2020 | 0 |

| Meter Number | Pres Read | Prev Read | Mult | KWH Used | Cycle | Rate | Rev Class | Bill Type |
|---|---|---|---|---|---|---|---|---|
| 84418653 | 23408 | 23408 | 1.00 | 0 | 3 | 5 | 1 | FINAL |

| Activity Since Last Bill | $ Amount | Current Bill Information | $ Amount |
|---|---|---|---|
| Previous Balance | 1,280.88 | BALANCE PRIOR TO THIS BILLING | 1,280.88 |
| Payment | 0.00 | CURRENT ELECTRICITY CHARGES | 9.00 |
| Other Adjustments | 0.00 | DEPOSIT/INTEREST APPLIED | -500.00 |
| Balance Prior to this Billing | 1,280.88 | MEMBERSHIP APPLIED | -10.00 |
| | | INTEREST ON DEPOSIT | -4.18 |

**PLEASE TAKE NOTICE**
The Annual Meeting of the membership of Washington-St Tammany Electric Cooperative Inc shall take place on Saturday, May 2, 2020 at 10:00 am at Franklinton High School in Franklinton LA.

This notice is issued persuant to Article 3.03 of the bylaws of the Cooperative.

| | | |
|---|---|---|
| Billing Date | 03/13/2020 | Net Due  775.70 |
| Current Charges Due Date | 04/05/2020 | Penalty  0.00 |
| | | Gross Amount - After Due Date  775.70 |

Retain this copy for your records.

## Return This Portion With Your Payment

**ACCOUNT NAME: RUSS R IVY**

PAY WITH ELECTRONIC CHECK BY PHONE AT NO ADDITIONAL FEE
CALL 1-866-729-9783 OR VISIT OUR WEBSITE AT WWW.WSTE.COOP

**ACCOUNT NUMBER: 0311311108**

| | |
|---|---|
| CURRENT CHARGES DUE BY 04/05/2020 | 775.70 |
| PENALTY IF CURRENT NOT PAID BY 04/05/2020 | 0.00 |
| TOTAL AMOUNT DUE: | 775.70 |

District Offices:
Franklinton: 985-839-3562      Slidell: 985-643-6612
Folsom: 985-796-3679            Abita: 985-892-8804

*Please indicate change of address here:*
Address / Box number
City         State       Zip
Phone Number       Other Phone

Washington-St. Tammany
Electric Cooperative
PO Box 697                                    2
Franklinton LA 70438-0697



2001003113111080000775700000775700031320206