IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RUSS IVY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-01475-ILRL-KWR |
| | ) |
| JADE TRAN; XL REI, LLC; DOES 1-10 | ) |
| | ) |
| Defendants. | ) |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION *IN LIMINE*

Pursuant to this court's Scheduling Order (Doc. 40), all motions *in limine* were due to be filed on February 7, 2022; however, late filings may be allowed upon good cause shown. Defendants urge that there is good cause to allow this late filing. In support of this motion, Defendants aver as follows:

1. This court's April 1, 2021 Scheduling Order (Doc. 40) (the "Scheduling Order") set out all time delays relevant to these motions.

2. The Scheduling Order directed that the parties file their witness and exhibit lists with the court, and serve them on the other party, no later than December 20, 2021.

3. Neither party filed or served any witness or exhibit list on or before that deadline.

4. Defendants' counsel attempted to meet and confer with Plaintiff's counsel multiple times since the deadline to exchange witness and exhibit lists.

5. Despite Defendants' attempts, Plaintiff did not provide any witness or exhibit list until February 7, 2022, which was the deadline to file motions *in limine*.

6. The exhibit list provided by the Plaintiff contained multiple exhibits which are inadmissible, were not disclosed in discovery, and have still not been disclosed as of the date of this filing.

7. On February 8, 2022, the court directed the parties to participate in a pre-trial settlement conference on February 10, 2022.

8. Defendants aver that good cause exists to allow this late filing because:

    a. this is the earliest reasonable date that they could prepare and file the attached motion *in limine*;

    b. this motion is filed more than 15 days prior to the Plaintiff's submission date, March 2, and does not require leave from any rule other than the Scheduling Order;

    c. Defendants have a reasonable chance to prevail on the merits; and

    d. the delay in filing was caused by Plaintiff's failure to comply with the Scheduling Order and with Defendants' requests to exchange witness and exhibit lists prior to the motion *in limine* deadline.

THEREFORE, Defendants pray that this court grant their motion for leave and accept the attached motion *in limine* into the record of the above-captioned action.

February 14, 2022

                                      Respectfully Submitted,

                                      By: /s/D. Alex Onstott
                                      D. Alex Onstott (LA36611)
                                      CIOLINO & ONSTOTT, LLC
                                      400 Poydras St., Suite 2145
                                      New Orleans, LA 70130
                                      (504)524-0120
                                      alex@colaw.llc

                                      *Attorney for Defendants*
                                      *Jade Tran and XL REI, LLC*

## **CERTIFICATE OF SERVICE**

     I hereby certify that a true and correct copy of the foregoing motion was served through the court's Electronic Court Filing system on this 14th of February, 2022 on all counsel of record.

                                    /s/D. Alex Onstott
                                 D. Alex Onstott (LA36611)