IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RUSS IVY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-01475-ILRL-KWR |
| | ) | |
| JADE TRAN; XL REI, LLC; DOES 1-10 | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION *IN LIMINE* TO EXCLUDE ANY EVIDENCE OTHER THAN THE TESTIMONY OF THE PARTIES, OR IN THE ALTERNATIVE, NEWS ARTICLES, STATUTES, STATEMENTS MADE DURING SETTLEMENT NEGOTIATIONS, AND CHARACTER EVIDENCE REGARDING TIMOTHY TODD SPELTS**

Pursuant to Federal Rules of Evidence 104(a), 403, 802, 805, and 1002, along with this court's Scheduling Order (Doc. 40), Defendants, through their attorney, D. Alex Onstott, respectfully moves *in limine* to exclude all evidence other than the testimony of the parties, or in the alternative, news articles, statutes, settlement negotiations, and character evidence regarding Timothy Todd Spelts, and for other and further relief as the Court deems just and proper. In support, Defendants submit Defendants' Memorandum of Law dated February 14, 2022 which is filed contemporaneously with this motion as its Exhibit 1.

February 14, 2022

                                    Respectfully Submitted,

                                    By: /s/D. Alex Onstott
                                    D. Alex Onstott (LA36611)
                                    CIOLINO & ONSTOTT, LLC
                                    400 Poydras St., Suite 2145
                                    New Orleans, LA 70130
                                    (504)524-0120
                                    alex@colaw.llc

                                    *Attorney for Defendants*
                                    *Jade Tran and XL REI, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing motion was served through the court's Electronic Court Filing system on this 14th of February, 2022 on all counsel of record.

                                  /s/D. Alex Onstott
                                  D. Alex Onstott (LA36611)