UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RUSS IVY**                                              **CIVIL ACTION**

**VERSUS**                                                **NO. 20-1475**

**JADE TRAN, ET AL.**                                     **SECTION "B"(4)**

### ORDER

Considering plaintiff Russ Ivy's motion for expedited consideration of his motion to quash subpoena and/or motion for protective order (Rec. Doc. 77),

**IT IS ORDERED** that the motion is **GRANTED.** Plaintiff's motion to quash and/or motion for protective order shall be set for submission on **Thursday, March 3, 2022.** Any memorandum in opposition to plaintiff's motion shall be filed by **Monday, February 28, 2022.**

New Orleans, Louisiana this 24th day of February, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE