UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RUSS IVY**                                                                 **CIVIL ACTION**

**VERSUS**                                                                   **NO. 20-1475**

**JADE TRAN, ET AL.**                                                        **SECTION "B"(4)**

## ORDER AND REASONS

Considering defendants' opposed motions for leave to file motion in limine and to exclude any evidence other than the testimony of the parties, etc.,

**IT IS ORDERED** that the motion for leave to file motion in limine (Rec. Doc. 70) is **GRANTED**. The motion in limine attached to the motion (Rec. Doc. 70-4) is hereby **FILED** into the record in the above-captioned matter.

**IT IS FURTHER ORDERED** that defendant's motion in limine to exclude any evidence other than the testimony of the parties (Rec. Doc. 70-4) is **GRANTED**. Producing discovery materials does not satisfy the Rule 16 directive to thereafter <u>file and exchange a list of exhibits and witnesses that would be used at trial</u>. Moreover, news articles and third-party social media postings constitute inadmissible hearsay evidence. Further, any evidence and/or reference to settlement discussions, via video or other formats, are also inadmissible. Any assumed probative value of the foregoing materials do not outweigh the prejudicial nature and impact of same upon the trier of fact, i.e. the jury. Lastly, there

is no good cause to allow either party to call non-party witnesses in this 2020 filed action who were not listed as witnesses in accordance with the Rule 16 Order. Therefore, the underlying motion in limine is granted in the foregoing respects.

New Orleans, Louisiana this 25th day of February, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE