UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RUSS IVY**                                                            **CIVIL ACTION**

**VERSUS**                                                       **NO. 20-1475**

**JADE TRAN, ET AL.**                                    **SECTION "B"(4)**

## ORDER AND REASONS

Considering plaintiff Russ Ivy's motion for partial summary judgment (Rec. Doc. 53), defendants' opposition (Rec. Doc. 60), and plaintiff's reply in support of his motion for summary judgment (Rec. Doc. 65),

**IT IS ORDERED** that the motion is **DENIED**. When viewed in the light most favorable to the non-moving party, disputes of material facts exist which cannot be resolved by summary proceedings. For instance, plaintiff's claimed injuries, e.g. cut finger and emotional distress, are questioned, and disputed partially due to the absence of corroboration from independent sources, e.g. law enforcement, medical, etc. Plaintiff is not entitled to judgment as a matter of law on claims for assault, battery, trespass, breach of the warranty of peaceful possession, and intentional infliction of emotional distress.[1]

New Orleans, Louisiana this 25th day of February, 2022

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff did not move for summary judgment on his Louisiana Unfair Trade Practices Act claim. Thus far, factual and legal support if any for this claim are in doubt.