```
                         UNITED STATES DISTRICT COURT
                         EASTERN DISTRICT OF LOUISIANA


****************************************************************

RUSS IVY

                                    CIVIL ACTION NO. 20-1475 "B"
VERSUS                              NEW ORLEANS, LOUISIANA
                                    SATURDAY, MARCH 5, 2022, 3:00 P.M.

JADE TRAN AND XL REI, LLC

****************************************************************


             TRANSCRIPT OF SETTLEMENT CONFERENCE PROCEEDINGS
              HEARD BEFORE THE HONORABLE KAREN WELL ROBY
                      UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

FOR THE PLAINTIFF:       LAW OFFICES OF WILLIAMS MOST
                         BY:  WILLIAMS B. MOST, ESQUIRE
                         201 ST. CHARLES AVENUE, SUITE 114 #101
                         NEW ORLEANS, LA   70170



FOR THE DEFENDANTS:      CIOLINO & ONSTOTT
                         BY:  DAVID A. ONSTOTT, I, ESQUIRE
                         400 POYDRAS STREET, SUITE 2145
                         NEW ORLEANS, LA   70130



OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                            CERTIFIED REALTIME REPORTER
                            REGISTERED MERIT REPORTER
                            500 POYDRAS STREET, ROOM B-275
                            NEW ORLEANS, LA   70130
                            (504) 589-7779
                            Cathy_Pepper@laed.uscourts.gov


PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.   TRANSCRIPT
PRODUCED BY COMPUTER-AIDED TRANSCRIPTION.
```

*OFFICIAL TRANSCRIPT*

```
 1                        P-R-O-C-E-E-D-I-N-G-S
 2                      A F T E R N O O N   S E S S I O N
 3                         SATURDAY, MARCH 5, 2022
 4
 5
 6            THE COURT:  So, we're going on the record.  This is in
 7   Ivy versus Tran, 20-01475.  The Court has been advised that the
 8   parties have reached an agreement in this matter.
 9                 At this time, I'll ask counsel to identify
10   themselves, starting with counsel for the plaintiff.
11            MR. MOST:  This is William Most on behalf of the
12   plaintiff, Russ Ivy.
13            MR. ONSTOTT:  This is Alex Onstott on behalf of
14   defendants, Jade Tran and XL REI.
15            THE COURT:  Will your clients identify themselves for
16   record, please.
17            MR. IVY:  This is Russ Ivy, the plaintiff.
18            MS. TRAN:  This is Jade Tran, the defendant.
19            THE COURT:  All right.  William, will you state the
20   terms of the settlement on the record.
21            MR. MOST:  Yes, Your Honor.
22                 In exchange for the dismissal with prejudice of
23   the case and a mutual release of all claims between the
24   parties, the parties have agreed that the defendants shall owe
25   to plaintiff a principal amount of $50,000 if paid within
```

*OFFICIAL TRANSCRIPT*

1 two years, of $60,000 if paid within three years, and 65,000 if
2 it takes longer than three years to pay.  There will be a down
3 payment, payable within 30 days, of $6,500.  That's $6,500.
4     The payment plan is more specifically laid out in
5 correspondence between the counsel.  The basic terms of it are
6 that if Ms. Tran is not employed in a particular month, the
7 next month her monthly payment is $300.
8     If she is employed in that particular month, her
9 payment the next month is the higher of either $1,500 or
10 15 percent of her disposal income, which is defined in the
11 correspondence of counsel.
12     There are terms about reporting of information
13 from Ms. Tran to plaintiff.  There is a 30-day right to cure
14 default, and then if there is a default without cure, then the
15 entire amount becomes due and is enforceable as an immediate
16 judgment.
17     Those are the material -- those are the core
18 terms of it.  There are, you know, specific language that is
19 part of the agreement that is defined by correspondence of
20 counsel, but those are the material terms as I understand them.
21     THE COURT:  Okay.  Can you get your client's
22 acknowledgment and consent, please.
23     MR. MOST:  Yes.
24     Russ, would you confirm that those are the terms
25 you agreed to?

*OFFICIAL TRANSCRIPT*

1	MR. IVY:  Yes, ma'am, Your Honor.
2	THE COURT:  Thank you, Russ.
3	MR. MOST:  Jade; is that correct?
4	MS. TRAN:  Yes, that's correct.
5	THE COURT:  And you agree, Jade?
6	MS. TRAN:  (No audible response).
7	THE COURT:  Jade, do you agree?
8	MS. TRAN:  Yes, I do.
9	THE COURT:  Okay.  All right.  So, the only question I
10	have, and this is maybe an internal thing, the trial will be
11	off.  I guess what I will advise the district judge is that in
12	the order he should reserve the right to enforce the terms of
13	the settlement, which would give the plaintiff the opportunity,
14	if there is a default, to move to enforce the terms of the
15	settlement, like if there is a default, and you would attach a
16	copy of the agreement, and he would look at it and then enforce
17	the agreement and convert the agreement to a judgment.  That's
18	the practical way how I'm thinking through that would happen.
19	Is that acceptable to you, William?
20	MR. MOST:  Yes.
21	THE COURT:  And you, Alex?
22	MR. ONSTOTT:  Yeah, that makes sense, Your Honor.
23	Thank you.
24	THE COURT:  Okay.  All right.  I will notify
25	Judge Lemelle of that matter.  I thank you for your continued

*OFFICIAL TRANSCRIPT*

1    efforts on this matter throughout the weekend.  You all have a
2    good day.
3             MR. MOST:  Thank you, Your Honor.
4             MR. ONSTOTT:  Thank you, Your Honor.
5             THE COURT:  Thank you.  Good-bye.
6             (WHEREUPON, at 3:05 p.m., the proceedings were
7    concluded.)
8                           *   *   *
9                     REPORTER'S CERTIFICATE
10
11        I, Cathy Pepper, Certified Realtime Reporter, Registered
12   Merit Reporter, Certified Court Reporter in and for the State
13   of Louisiana, Official Court Reporter for the United States
14   District Court, Eastern District of Louisiana, do hereby
15   certify that the foregoing is a true and correct transcript to
16   the best of my ability and understanding from the record of the
17   proceedings in the above-entitled and numbered matter.
18
19                             *s/Cathy Pepper*
20                             Cathy Pepper, CRR, RMR, CCR
                               Certified Realtime Reporter
21                             Registered Merit Reporter
                               Official Court Reporter
22                             United States District Court
                               Cathy_Pepper@laed.uscourts.gov
23
24
25

***OFFICIAL TRANSCRIPT***